IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW JERSEY MANUFACTURERS  | : | CIVIL ACTION |
| INSURANCE COMPANY, a/s/o | : | |
| BARBARA GELLER, MARVIN | : | |
| MIDLARSKY and SYLVIA KALB, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THE UNITED STATES OF AMERICA, | : | |
| ET AL., | : | |
| Defendants. | : | NO.   11-05453 |

## O R D E R

**AND NOW, TO WIT:** This 12th day of April, 2012, it having been reported that the issues between plaintiffs and defendants in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.   The Court intends to retain jurisdiction for ninety (90) days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**   /s/ Patricia A. Cardella
Patricia A. Cardella, Deputy Clerk to
Judge Lawrence F. Stengel